No. 1,446.—FRARY, APPELLANT, v. DWYER, RESPONDENT.

*Appeal from District Court, Cascade County.*

(For former opinion, see *ante*, page 414.)

April 16, 1902.

PER CURIAM.—Upon the stipulation of W. S. Frary and counsel for respondent, this appeal is dismissed, without prejudice, however, to any right counsel for appellant may have in the premises.

MR. JUSTICE PIGOTT, having been of counsel during the pendency of this cause in the district court, takes no part in this order.

*Mr. F. A. Merrill,* for Appellant.

*Mr. T. E. Brady,* for Respondent.

---

No. 1,732.—IN RE QUINN'S ESTATE.

*Appeal from District Court, Silver Bow County.*

On motion to dismiss appeal.

Decided April 29, 1902.

PER CURIAM.—The motion to dismiss this appeal is hereby sustained and the appeal is dismissed.

*Mr. Charles O'Donnell,* for Appellant.

*Messrs. McHatton & Cotter,* for Respondent.